FILED

12/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0663

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 23-0663

STATE OF MONTANA,

      Plaintiff and Appellant,

v.

SKYLER L. GRIEBEL,

      Defendant and Appellee.

O R D E R

Upon consideration of Appellant's motion for extension of time to file a petition for rehearing, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 8, 2025, within which to prepare, file, and serve a petition for rehearing.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 20 2024